■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER ERON, Appellant. [890 NYS2d 887]—

Present—Scudder, P.J., Smith, Peradotto, Green and Gorski, JJ.